IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-103-KDB-DCK

| | |
|---|---|
| **REBECCA L. BOYKIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Christopher P. Raab , concerning John Kachmarsky, on October 27, 2021. John Kachmarsky seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. John Kachmarsky is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 27, 2021

David C. Keesler
United States Magistrate Judge