IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-103-KDB-DCK

| | |
|---|---|
| REBECCA L. BOYKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify The Pretrial Order And Case Management Plan" (Document No. 28) filed September 30, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion. Further extensions of the deadlines in this case are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify The Pretrial Order And Case Management Plan" (Document No. 28) is **GRANTED**.

The case deadlines are revised as follows: Defendant's Expert Report – **November 15, 2022**; Plaintiff's Rebuttal Expert Report – **December 15, 2022**; Discovery Completion – **January 20, 2023**; Dispositive Motions – **February 15, 2023**; Trial – **July 17, 2023**.

**SO ORDERED**.

Signed: October 3, 2022

David C. Keesler
United States Magistrate Judge