IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00103-KDB-DCK

REBECCA L. BOYKIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the parties' joint Motion for a Stay or, alternatively, for the Court to close this matter and retain jurisdiction to enforce the settlement agreement. (Doc. No. 63). For the reasons stated in the Motion, the Court will grant the Motion.

**IT IS THEREFORE ORDERED THAT** the parties' joint Motion, (Doc. No. 63), is **GRANTED**. The Court will close this matter and retain jurisdiction to enforce the settlement agreement in lieu of a stay. *See Landis v. North American Co.*, 299 U.S. 248, 254, 57 S. Ct. 163, 81 L. Ed. 153 (1936). The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 22, 2023

Kenneth D. Bell
United States District Judge