# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Rebecca L. Boykin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00103-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2023 Order.

June 23, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court